UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH MICHAEL DONNETTE-SHERMAN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Defendant. | CASE NO. 3:17-CV-05600-BHS-DWC<br><br>ORDER VACTING REPORT AND RECOMMENDATION |

The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Joseph Michael Donnette-Sherman, proceeding *pro se*, initiated this civil rights action on July 28, 2017. *See* Dkt. 1.

Plaintiff was instructed to amend his Complaint on or before September 11, 2017. Dkt. 3. Plaintiff did not file an amended complaint and, on September 22, 2017, the undersigned entered a Report and Recommendation ("R&R") recommending Plaintiff's case be dismissed for failure to file an amended complaint. *See* Dkt. 4. On September 27, 2017, Plaintiff called the Clerk's Office and notified a Court clerk that he had not received any mailings. *See* Docket. Plaintiff also

ORDER VACTING REPORT AND
RECOMMENDATION - 1

paid the filing fee on October 10, 2017. *See* Docket. As Plaintiff did not receive any of the Court's filings and has now paid the filing fee, the undersigned vacates the R&R (Dkt. 4).

The Court reminds Plaintiff he is responsible for serving this Complaint pursuant to the Federal Rules of Civil Procedure.

Dated this 13th day of October, 2017.

David W. Christel
United States Magistrate Judge