UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH MICHAEL DONNETTE-SHERMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-5600 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, Dkt. 34, and Plaintiff Joseph Michael Donnette-Sherman's ("Plaintiff") objections to the R&R, Dkt. 38.

On November 6, 2018, Judge Christel issued the R&R recommending that the Court grant Defendant State of Washington's ("State") motion to dismiss because it is not subject to suit under 42 U.S.C. § 1983. Dkt. 34. On November 16, 2018, Plaintiff filed objections. Dkt. 38.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Plaintiff's objection is based on his concern that the State has a duty to provide documentation of state court criminal matters. Dkt. 38. Plaintiff fails to establish that the State must be maintained as a party to the matter even if it has a duty to provide some discovery relevant to his claims. Therefore, the Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The State's motion to dismiss is **GRANTED**; and

(3) The Clerk shall terminate the State as a party.

Dated this 24th day of January, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge